UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:21-CR-00302-1-D
Civil No. 5:24-CV-00633-1-D

Octavious Artis, )
 )
        Petitioner, )
 )
v. ) ORDER
 )
United States of America, )
 )
        Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This **27** day of October, 2025.

                            JAMES C. DEVER III
                            UNITED STATES DISTRICT JUDGE