IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-302-D
No. 5:24-CV-633-D

| | |
|---|---|
| OCTAVIUS ARTIS,<br><br>                Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | **ORDER** |

The court DENIES as meritless petitioner's motion to alter or amend judgment [D.E. 87].

SO ORDERED. This 8 day of January, 2026.

JAMES C. DEVER III
United States District Judge